FORMAN S. HUTCHINSON ET AL., PLAINTIFFS IN ERROR, v. THE MAYOR, &c., OF BELMAR ET AL., DEFENDANTS IN ERROR.

Argued June 23, 1898—Decided November 14, 1898.

On error to the Supreme Court. For opinion of the Supreme Court, see 32 *Vroom* 443.

For the plaintiffs in error, *Aaron E. Johnston.*

For the defendants in error, *Allan L. McDermott.*

PER CURIAM.

The judgment in this case is affirmed upon the opinion in the Supreme Court.

*For affirmance*—THE CHANCELLOR, DEPUE, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, ADAMS, BOGERT, HENDRICKSON, KRUEGER, NIXON, VREDENBURGH. 12.

*For reversal*—None.